**J. Jules BRINKMAN, Trustee in Bankruptcy, Appellant, v. Richard HAWES and John L. Kickham, Reorganization Trustees.**

No. 12100.

Circuit Court of Appeals, Eighth Circuit.

Aug. 7, 1941.

Francis R. Stout, of St. Louis, Mo., for appellant.

Frank Lee, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of attorneys' docket fee, pursuant to motion of appellant and consent of appellees.

**Virginia A. CLAYBURGH, as Executrix of the Last Will and Testament of Leo J. Clayburgh, Deceased, v. COMMISSIONER OF INTERNAL REVENUE.**

**Virginia A. CLAYBURGH, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 9878.

Circuit Court of Appeals, Ninth Circuit.

Sept. 2, 1941.

Lloyd S. Ackerman and Philip S. Mathews, both of San Francisco, Cal., for petitioner.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for respondent.

Before DENMAN and MATHEWS, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered petitions to review herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**CITY of McGEHEE, ARKANSAS, et al., Appellants, v. ARKANSAS POWER & LIGHT COMPANY.**

No. 11982.

Circuit Court of Appeals, Eighth Circuit.

July 28, 1941.

James Merritt, of McGehee, Ark., for appellants.

House, Moses & Holmes, of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed without prejudice and without taxation of costs in favor of either of the parties in this court, on motion of appellants.

**COMMISSIONER OF INTERNAL REVENUE v. FARMERS COOPERATIVE OIL & SUPPLY COMPANY.**

No. 2384.

Circuit Court of Appeals, Tenth Circuit.

Sept. 10, 1941.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Thomas E. Elcock, of Wichita, Kan., for respondent.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of petitioner.